AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Karen Robinson

v.

McNeil Consumer Healthcare et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 07 C 5603

■　Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

☐　Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on the verdict for the defendants based upon that defendant Johnson & Johnson was found not to be negligent and that defendant McNeil, who was found to be negligent and the negligence was a proximate cause of plaintiff Karen Robinson's injuries,  the jury also found that plaintiff Karen Robinson was negligent.

Michael W. Dobbins, Clerk of Court

Date: 9/1/2009

_____
/s/ Alyce Mobley-Morris, Deputy Clerk